IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| ALI ADAN SAID, )<br>)<br>Petitioner, )<br>V. )<br>)<br>ROY CHERRY, ET AL., )<br>)<br>Respondents. )<br>) | Civil Action No. 1:05cv808 |

**ORDER**

This matter comes before the Court on the Petitioner's motion for a writ of habeas corpus pursuant to 28 U.S.C. 2241 to remedy their unlawful detention. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petitioner's motion is DENIED.

The Clerk is directed to send a copy of this Order and a copy of the accompanying Memorandum Opinion to the petitioner and to the United States Attorney of this District.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20 , 2006